**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7243**

ASHLEY WILEY CARTER,

Plaintiff - Appellant,

versus

RALPH Q. NEWMAN; EDWARD LANDIS; A. L. BEELER;
SALLY JOHNSON; RODNEY K. PRITCHARD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-01-898-5-01-BO)

Submitted:  October 10, 2002      Decided:  October 21, 2002

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ashley Wiley Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ashley Wiley Carter appeals the district court's order dismissing his action brought pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Carter v. Newman</u>, No. CA-01-898-5-01-BO (E.D.N.C. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>